UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARY JANE DANIELS f/k/a MARY JANE RUETER,

       Plaintiff,

  v.

PCA INTERNATIONAL, INC.,

       Defendant.

Case No. 05-cv-4154-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

Dated:  August 9, 2007        By:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**